LISA A. TRAVIS, County Counsel
ROBERT P. PARRISH, Deputy County Counsel
  [State Bar No. 214127]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 874-1345
Facsimile:  (916) 874-8207
E-mail: parrishr@saccounty.gov
File No.: 127014-000003

Attorneys for Defendant, County of Sacramento

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GILBERT, an individual, on behalf of herself and similarly situated persons; SACRAMENTO HOMELESS UNION, a local of the California Homeless Union/Statewide Organizing Council, on behalf of itself, its members and Jessica Gilbert, a Union member and officer,<br><br>             Plaintiffs,<br><br>vs.<br><br>SACRAMENTO SELF HELP HOUSING ("SSHH"), a non-profit corporation; JOHN FOLEY, in his official capacity as Executive Director for SSHH; JEREMY BAIRD, in his official capacity as Director of Interim Housing for SSHH; COUNTY OF SACRAMENTO; SACRAMENTO COUNTY DEPARTMENT OF HUMAN ASSISTANCE ("DHA") and DOES 1-10<br><br>             Defendant(s). | Case No. 2:22-cv-02091-MCE-KJN<br><br>**WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER** |

/ / /

/ / /

/ / /

/ / /

_____
ORDER              -1-

Under Local Rule 174(a)(1), Defendant, County of Sacramento; Sacramento County Department Of Human Assistance ("DHA"), by and through his/her attorney of record, waives his/her right to personally appear, and consents to appear by videoconference at the hearing on Motion for Temporary Restraining Order scheduled for November 30, 2022, at 10:00 a.m.

DATED: November 29, 2022             LISA A. TRAVIS, County Counsel
                                     Sacramento County, California


                                     By: /s/ Robert P. Parrish
                                         ROBERT P. PARRISH
                                         DEPUTY COUNTY COUNSEL


IT IS SO ORDERED.

Dated:  December 2, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER            -2-