UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GILBERT, et al., | No. 2:22-cv-02091-MCE-KJN |
| Plaintiffs, | |
| v. | **ORDER** |
| SACRAMENTO SELF HELP HOUSING, et al., | |
| Defendants. | |

The Court has reviewed the parties' submissions at ECF Nos. 22 and 23. Accordingly, not later than five (5) business days following the date this Order is electronically filed, Plaintiff is directed to file a request to dismiss this action with prejudice. Failure to timely comply with this Order will result in the dismissal of this action with prejudice as a terminating sanction pursuant to Rule 41(b) upon no further notice to the parties.

IT IS SO ORDERED.

Dated: September 18, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE